UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8785-DOC (SP) | Date | December 3, 2012 |
|---|---|---|---|
| Title | SANTOS A. LUNA v. Michael J. Astrue | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Plaintiff Santos A. Luna Should Not Be Dismissed for Failure to Effect Service

On October 24, 2012, plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On October 25, 2012, the court issued its Case Management Order in this matter. In that order, the court advised plaintiff that, under Federal Rule of Civil Procedure 4(i), service of the summons, the complaint, and a copy of the Case Management Order must be accomplished on defendant and a proof of service must be filed with the court within 28 days after the filing of the complaint, i.e., on or before November 21, 2012. The court warned plaintiff that failure to comply with this requirement may result in the dismissal of this case.

To date, the court has not received a proof of service. Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so. It therefore appears that plaintiff has violated the court's order and is not properly prosecuting this action.

Accordingly, plaintiff is ORDERED to show cause in writing by ***December 18, 2012*** why this case should not be dismissed without prejudice for plaintiff's failure to serve defendant within the required time period, as directed in the Case Management Order.

**The court warns plaintiff that failure to respond to this Order to Show Cause by December 18, 2012, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**