```
                                                        O
                                                        JS-6
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. LUNA, ) | Case No. CV 12-8785-DOC (SP) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

    Pursuant to the Memorandum and Order Summarily Dismissing Complaint for Failure to Prosecute,

    IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: January 9, 2013

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE