UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8785-DOC (SP) | | Date | January 23, 2014 |
|---|---|---|---|---|
| Title | SANTOS A. LUNA v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

n/a  n/a

**Proceedings:**   **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On October 24, 2013, plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  On October 25, 2013, the court issued its Case Management Order in this matter.  The Case Management Order set forth, inter alia, a schedule for service of the summons and complaint and defendant's filing of the Answer followed by plaintiff's Memorandum in Support of Plaintiff's Complaint.  On December 3, 2012, the court issued an Order to Show Cause Why Plaintiff Santos A. Luna Should Not Be Dismissed for Failure to Effect Service.  Plaintiff failed to respond to that order by December 18, 2012 and on January 9, 2013 the Complaint was summarily dismissed for failure to prosecute.

On January 31, 2013, plaintiff filed a Motion for Reconsideration pursuant to Local Rule 7-18 and Fed. R. Civ. P. 59(E) and 60(B).  His motion was granted on March 7, 2013.  Plaintiff's Complaint was reinstated and he was ordered to promptly serve a copy of the summons and complaint and case management order on defendant.  Plaintiff failed to serve defendant and on April 11, 2013, the court issued an Order to Show Cause Why Complaint Should Not Be Dismissed.  Plaintiff was required to respond to the order by April 29, 2013.  On September 9, 2013, plaintiff filed proof of service upon defendant and the court subsequently discharged the order to show cause.

Defendant filed her Answer on November 4, 2013.  Plaintiff's Memorandum in Support of Plaintiff's Complaint was therefore due on December 4, 2013.  Plaintiff failed to file his Memorandum and on December 20, 2013, the court issued an Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute, ordering plaintiff to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8785-DOC (SP) | Date | January 23, 2014 |
|---|---|---|---|
| Title | SANTOS A. LUNA v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

show cause in writing no later than January 5, 2014.[1] Additionally, the court warned plaintiff that failure to respond to the court's order by January 5, 2014 may result in dismissal of the action. More than two weeks have passed since the January 5, 2014 deadline and the court has no received no communication from plaintiff. It therefore appears that plaintiff has once again violated the court's orders and is not properly prosecuting this matter.

Given this history of this case, however, the court will give plaintiff one more chance. Accordingly, the court hereby issues this further Order to plaintiff to Show Cause in writing not later than **February 6, 2014** why this action should not be dismissed for failure to prosecute. Plaintiff may discharge the Order to Show Cause by filing, not later than February 6, 2014, a written request for a reasonable extension of time for plaintiff to prepare, file, and serve a Memorandum in Support of Plaintiff's Complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by February 6, 2014 or further failure to prosecute this action in accordance with the Case Management Order and other court orders, will result in a recommendation of dismissal of this action for failure to prosecute.**

---

[1] The court inadvertently stated the date as January 5, 2013.